FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 07 2021 ★

LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

HENRY I. CISCO,

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

CITY OF LONG BEACH, SANITATION DEPARTMENT, JAMEL TAYLOR: ASSISTANT SUPERINTENDENT.

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**Complaint for Employment Discrimination**

Case No. CV-21 1972

_(to be filled in by the Clerk's Office)_

Jury Trial:  ☑ Yes   ☐ No
_(check one)_

DONNELLY, J.

BLOOM, M.J.

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | HENRY I. CISCO |
| Street Address | 290 S. OCEAN AVENUE |
| City and County | FREEPORT, NASSAU |
| State and Zip Code | NEW YORK      11561 |
| Telephone Number | (516) 661 - 1604 |
| E-mail Address | ciscohenry2@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Long Beach |
| Job or Title (if known) | SANITATION DEPARTMENT |
| Street Address | 150 West Pine Street |
| City and County | Long Beach, Nassau County |
| State and Zip Code | New York      11561 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | JAMEL TAYLOR |
| Job or Title (if known) | ASSISTANT SUPERINTENDENT |
| Street Address | 150 West Pine Street |
| City and County | Long Beach, Nassau County |

2

State and Zip Code *New York   11561*
Telephone Number _____
E-mail Address _____
(if known)

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name *Sanitation Department*
Street Address *150 West Pine Street*
City and County *Long Beach, Nassau*
State and Zip Code *New York   11561*
Telephone Number *(516) 432-3132*

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

☐     Other federal law *(specify the federal law)*:

_____

☐     Relevant state law *(specify, if known)*:

_____

☐     Relevant city or county law *(specify, if known)*:

_____

**III.**    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☑     Failure to hire me.
☐     Termination of my employment.
☐     Failure to promote me.
☐     Failure to accommodate my disability.
☐     Unequal terms and conditions of my employment.
☐     Retaliation.
☑     Other acts *(specify)*: *discrimination against my age*

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

*July 31, 2020*
_____

4

C.   I believe that defendant(s) *(check one)*:

☑   is/are still committing these acts against me.

☐   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐   race _____

☐   color _____

☐   gender/sex _____

☐   religion _____

☐   national origin _____

☑   age.  My year of birth is __1964__ . *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐   disability or perceived disability *(specify disability)*

_____

E.   The facts of my case are as follows.  Attach additional pages if needed.

1. On Thursday, July 30th, 2020, I was informed by a employee of City of Long Beach Sanitation Department to go over there because they need workers.

2. On July 31st, 2020, Friday, approximately 6:45am, I go over to Sanitation Department for the "immediate hire" job.

3. I filled out another Application Form. (Prior to this form, I filled out a Application Form in December, 2008), and handed it to the Shop Supervisor (JAMEL TAYLOR) along with my State Identification, Social Security Card, Birth Certificate and Insurance Card.

4. (JAMEL TAYLOR) made copies of the information and

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

✻ See Attached continued page.

IV.    **Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment
Opportunity Commission or my Equal Employment Opportunity counselor
regarding the defendant's alleged discriminatory conduct on *(date)*

_September 17, 2020_

B.    The Equal Employment Opportunity Commission *(check one)*:

☑    has not issued a Notice of Right to Sue letter.

☐    issued a Notice of Right to Sue letter, which I received on *(date)*

_____.

*(Note:  Attach a copy of the Notice of Right to Sue letter from the
Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment
Opportunity Commission regarding the defendant's alleged discriminatory
conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to
order.  Do not make legal arguments.  Include any basis for claiming that the wrongs
alleged are continuing at the present time.  Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts.  Include any punitive or
exemplary damages claimed, the amounts, and the reasons you claim you are entitled to
actual or punitive money damages.

_FRONT PAY: equitable relief/to "make whole" - $500,000.00_
_BACK PAY: Lost wages I would have earned - $25,000.00_
_ACTUAL DAMAGES: compensation from defendants wrong $2,000,000.00_
_EXEMPLARY DAMAGES: to deter any future behavior - $2,000,000.00_
_PUNITIVE DAMAGES: to punish defendants for their acts - $1,000,000.00_
_TOTAL:  $5,525,000.00_

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _May 4th_, 20_21_.

Signature of Plaintiff _____

Printed Name of Plaintiff _Henry  I.  CISCO_____

looked       over       my       Application       (See       **EXHIBIT       A).**

5.                 He       then       asked       me,       "How       old       are       you?"

6.                 I       said,       "55,       I'll       be       56       on       August       29th."

7.  He seemed somewhat shocked of my age and asked, "Don't you think you are too old to work                                                on                                                the trucks?"

8.  I said, "No, I'm in shape enough to handle the job dumping garbage and picking it up."

9.  He said, "I'm really looking for younger guys to work."

10.  Then he said, "You think you can handle picking up garbage?"

11.  I said, "Yeah, it's like a workout."

12.  He said, "There is a list of younger guys so I can't make no promises."

13.  On or about July 31, 2020, I filed a Complaint with the Division of Human Rights in Hempstead, New York which it was filed on (August 7, 2020) **(See EXHIBIT B).**

14.  On or about the same day of (July 31, 2020), I filed a Complaint with the City Manager (See                                                **EXHIBIT                                                C).**

15.  On or about September 17, 2020, a Equal Employment Opportunity Commission, hereinafter: (EEOC) charge #[16GC003939] was filed **(See EXHIBIT D).**

16.  On or about November 6, 2020, Corporate Counsel representing the City of Long Beach, Sanitation      Department      filed      a      Answer      **(See      EXHIBIT      E).**

17.  Corporate Counsel for the defendants alleged a "budgetary restraint" and a defense that made no sense when money was not an issue when they gave defendant Jamel Taylor a raise                                      and                                      promotion.

18.  On or about November 12, 2020, Plaintiff submitted his Rebuttal to the defendant's Answer making Objections and denouncing their argument as meritless and basically a cover-up for defendant Jamel Taylor's discrimination against my age during the review of my Application and the City of Long Beach attempt to conceal the facts of the proof that the Age discrimination exist against Plaintiff in their own business records and Files for approximately two years since (December, 2018 to July, 2020)**(See EXHIBIT F).**

19.  Plaintiff contends during the Division of Human Rights alleged investigation, he requested from the 'Division" to subpoena certain documents and records from the Civil Service Files in City of Long Beach City Hall and Sanitation Department Files of all workers hired who worked behind the Garbage Trucks since December, 2018 through July, 2020 which they refused to subpoena the records and files and wrongfully and deliberately failed to   secure   'direct   evidence'   of   the   age   discrimination   against   Plaintiff.

20.  On or about February 16, 2021 the Division of Human Rights wrongfully dismissed Plaintiff's Age Discrimination Complaint without securing the 'direct evidence' of the Age discrimination from the defendant's own Files**(See EXHIBIT G).**

21.  On or about February 26, 2021, the Plaintiff submitted a request to EEOC in New York District Office which he never received a response **(See EXHIBIT H).**

22.  Plaintiff contends the City of Long Beach Sanitation Department and their Assistant Superintendent Jamel Taylor refused to hire me to work behind the Garbage Trucks because of my age over (50) and if it was not of my age being over (50), and being younger, Plaintiff would have received the job.

23.  The City of Long Beach Sanitation Department and Jamel Taylor motion to dismiss my case must be denied.



UNITED STATES
POSTAL SERV

- Expected delivery date specified fo
- Most domestic shipments include u
- USPS Tracking® included for domes
- Limited international insurance.**
- When used internationally, a custon

*Insurance does not cover certain items. For de
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usp

## FLAT RATE ENVE

ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

---

UNITED STATES
POSTAL SERVICE.                                    Retail

**P**    US POSTAGE PAID    Origin: 11550
         **$7.95**          05/06/21
                            3537250551-07

### PRIORITY MAIL 1-DAY®

                                    2 Lb 1.70 Oz
                                    **1020**

EXPECTED DELIVERY DAY:  05/07/21

                                    C003

SHIP
TO:   100 FEDERAL PLZ
      Central Islip NY 11722-4438

### USPS TRACKING® #



9505 5163 2046 1126 3484 12

---

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FROM:

**PRIORITY**
★ **MAIL** ★

UNITED STATES
POSTAL SERVICE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Henry I. Cisco
290 S. Ocean Avenue
Freeport, New York 11520

TO:  Pro Se Clerk's Office
     United States District Court
     Eastern District of NY
     Long Island Courthouse
     100 Federal Plaza
     Central Islip, NY 11722



Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 07 2021 ★

LONG ISLAND OFFICE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.