## **EXHIBIT B**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
HENRY I. CISCO

                           Plaintiff,

  -against-

CITY OF LONG BEACH, SANITATION DEPARTMENT,
and JAMEL TAYLOR, ASSISTANT SUPERINTENDENT,

                           Defendants.
-----------------------------------------------------------------------X

Civil Action No.:
21-CV-1972-AMD-LB

**STIPULATION
OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject-matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedures, the undersigned agree that this action is dismissed in its entirety with prejudice, and without costs or attorneys' fees.

Dated: December 14, 2021
       Uniondale, New York

Henry I. Cisco

By: _____
      Henry I. Cisco
*Plaintiff, Pro Se*
1069 Tulsa Street
Uniondale, New York 11553
(516) 661-1604
ciscohenry1@gmail.com

Dated:  December 14, 2021
           Ronkonkoma, New York

Campolo, Middleton & McCormick, LLP

By: _____
      Yale Pollack, Esq.
*Attorneys for Defendants*
4175 Veterans Memorial Highway
Ronkonkoma, New York 11779
(631) 738-9100
ypollack@cmmllp.com