UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
HENRY I. CISCO,

        Plaintiff,                                                  **ORDER**
                                                             **21 CV 1972 (AMD)(LB)**

   -against-

CITY OF LONG BEACH and JAMEL TAYLOR,

        Defendants.
----------------------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

       In light of the parties' settlement and the dismissal of this action with prejudice, the conference scheduled for December 21, 2021 is cancelled. Defendants shall communicate this Order to plaintiff by any means available.

SO ORDERED.

                                                                          /S/
                                                  LOIS BLOOM
                                                  United States Magistrate Judge

DATED:       December 16, 2021
                   Brooklyn, New York