*Rec. in dkt box on 1/12/22 rg

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RECEIVED
JAN 03 2022
PRO SE OFFICE

NEW YORK NY 100
20 SEP 2021 PM 9 L

quadient
09/10/2021   $001.000

NIXIE        100   DE 1        0012/30/21
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 11201183299        *2545-08145-20-45

Henry I. Cisco
62 Weir Street
Hempstead, NY 11550

RETURN TO SEND
Job: F.C.A. 9 CENTRAL ST
HEMPSTEAD. N.Y. 11550