CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

NEW YORK NY 100

quadient
09/10/2021
US POSTAGE $001.00⁰

30 SEP 2021 PM 7 L

ZIP 11201
041M11470324



Henry I. Cisco
62 Weir Street
Hempstead, NY 11550

RETCN to SEND
HI MOVE 01/26/22

NIXIE        100    7E 1              0102/02/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 11201183299      *1745-06008-30-38

UTI
11550476102

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  FEB 07 2022  ★

BROOKLYN OFFICE
Return Mail Date

RECEIVED
FEB 07 2022
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
HENRY I. CISCO,

                    Plaintiff,

    -against-

CITY OF LONG BEACH and JAMEL TAYLOR,

                    Defendants.
--------------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

**ORDER
21 CV 1972 (AMD)(LB)**

    Plaintiff filed a second motion to compel defendants' response to his discovery requests.

ECF No. 29. As stated in the Court's September 17, 2021 Order, ECF No. 28, defendants shall

respond by October 6, 2021. The Court will address plaintiff's motions at the conference

scheduled for October 14, 2021 at 10:30 a.m.


SO ORDERED.


                                             _____/S/_____
                                             LOIS BLOOM
                                             United States Magistrate Judge


DATED:      September 29, 2021
               Brooklyn, New York